# United States Court of Appeals
### For the Eighth Circuit
_____

No. 23-2127
_____

Setondji Virgile Nahum

*Plaintiff - Appellant*

v.

LMI Aerospace, Inc.; Brandy Hadgedorn, Human Resource Manager; Beverly
Green, Interim Quality Manager; Tad Dewalt, General Manager

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 27, 2023
Filed: December 7, 2023
[Unpublished]
_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Former Missouri resident Setondji Nahum appeals the district court's[1] adverse grant of summary judgment in his pro se employment discrimination action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Brooks v. Roy*, 776 F.3d 957, 959-60 (8th Cir. 2015) (reviewing the grant of summary judgment de novo). Accordingly, we affirm the judgment, *see* 8th Cir. R. 47B; and deny Nahum's pending motion.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.